IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY L TAYLOR, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00430-TES-AGH |
| | * |
| JUDGE KATHERINE K LUMSDEN, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 11th day of March, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk